AO 93 (Rev. 11/13) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:19SW167
6511 Crittenden Lane, Spotsylvania, VA ) Under Seal
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

YOU ARE COMMANDED to execute this warrant on or before ___6/8/2019___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __5/28/2019__         /s/ _____
                                          *Judge's signature*

City and state: Richmond, VA         Hon. Roderick C. Young, US Magistrate Judge
                                     *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: Under Seal 3:19SW167 | Date and time warrant executed: 6/24/19 . 0800 hrs | Copy of warrant and inventory left with: Angelina Mott |
| Inventory made in the presence of: SIA Chris Sims | | |
| Inventory of the property taken and name of any person(s) seized: See Attached List | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/11/2019

_____
Executing officer's signature

Christopher Sims
_____
Printed name and title

3:19SW167

Attachment to Search Warrant Return

Inventory of property taken:

1. Control Number: D0688911 – Samsung SSD 250GB
2. Control Number: 2357030 – Samsung SSD 840
3. Control Number: D0688910 – Sea Gate Mobile HHD 2TB
4. Control Number: D0688902 – Toshiba Disk Drive
5. Control Number: D0688889 – Memorex DVD+R 7.7GB (3 disks)
6. Control Number: D0688888- Sony Tape Recorder
7. Control Number: D0688899 – Hero's Pride Leather Badge Wallet #9105
8. Control Number: D0688898- WD S/N: WX81AGOJ1459T
9. Control Number: D0688900 – Hero's Pride Leather Badge Case #9101
10. Control Number: D0688901 – WD S/N: WX81A6OM4586T
11. Control Number: D0688887 – PNY Technologies 1GB Thumb Drive
12. Control Number: D0688895 – Pentax EI-100
13. Control Number: D0688903 – 64K Smart Chip
14. Control Number: D0688897 – Cannon 10.0 MegaPixels
15. Control Number: D0688890 – SanDisk Ultra USB 3.0
16. Control Number: D0688891 – SanDisk USB 3.0
17. Control Number: D0688892 – SanDisk USB 3.0
18. Control Number: D0688907 – Maxtor 120 GB
19. Control Number: D0688906 – WD Solid State Drive, 1TB
20. Control Number: D0688894 – WD 2TB
21. Control Number: D0688896 – Hitachi Deskstar
22. Brown Paper Bag – Lenovo Think Pad
23. Brown Paper Bag – Sony PS4
24. Brown Paper Bag – 3 Loose Leaf Pieces of paper (Hand written notes), one Empowerhouse shelter guidelines, 1 resource packet, 1 Rappahannock Community Packet, 1 adult psychiatrists packet

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*And No Others\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*